poration).— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

EUGENE BRENNAN v. M. L. P. BUILDINGS CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MARIA A. SAVINO, as Administratrix, etc., of JOSEPH FERRARESE, Deceased, v. PETER BRUNO and Others, Impleaded with PIETRO DE LUCCA and JERRY MATERASSO, Copartners, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

MAYER MESSINGER'S CLOAKS & SUITS, INC., v. C. & L. LUNCH, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present— Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MAYER MESSINGER'S CLOAKS & SUITS, INC., v. C. & L. LUNCH Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK v. THE PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

PHILIP W. WRENN and Others v. JULIUS MOSKIN, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present— Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOHN FRANCIS STRAUSS and Another v. GRANDE MAISON DE BLANC, INC. CARL W. STERN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE NEW YORK TRUST COMPANY, as Temporary Administrator, etc., of RICHARD CROKER, Deceased, v. RICHARD CROKER, JR., Individually and as Trustee, etc., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant, appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. M., Merrell, McAvoy, Martin and Sherman, JJ.

FRANCIS V. HURLEY v. JACK ROSE, Otherwise Known as J. J. ROSE, Impleaded, etc. (Actions Nos. 1 and 2.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [See 236 App. Div. 517.]

FLORENCE DRAKE v. ARTHUR HERRMAN, Impleaded with INECTO, INC.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ. [See 236 App. Div. 838.]

ALICE P. LITTLE v. GEORGE C. LITTLE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion granted in so far as to direct that the stipulation annexed to the moving papers upon this